# COURT MINUTES

Page 8

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3                    Date: 6/23/2022    Time: 10:00 a.m.

Defendant: 2) Lazaro Roberto Hernandez  J#: 28798-004   Case #: 19-CR-20674-GAYLES

AUSA: Timothy Abraham                    Attorney: Marc D. Seitles **(TEMP)**

Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING

Proceeding: Detention Hearing                    CJA Appt:

Detention Held:  ☐ Yes  ☐ No       Recommended Bond:

Bond Set at: $1 Million PSB, $100K CSB, $300K 10% w/ Nebbia   Co-signed by: Mayelin Delgado, Jorge Espinosa, Maria Vencomo

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to **PTS as directed**/or _____ x's a week/month by _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [x] No employment in prescription drug industry.
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses- list needs be provided
- [x] No firearms
- [x] Not to encumber property- including co-signers
- [x] May not visit transportation establishments
- [x] Home Confinement/ Electronic Monitor (PTS discretion) Curfew _____ pm to _____ am, paid by _____
- [x] Allowances: Medical needs, court appearances, attorney visits, religious
- [x] Third party: Third party custodian pending court approval
- [x] Other: **Court denied employment allowance**

Language: English

Disposition:
Brady Order given. Report Re: Counsel and Arraignment set for 07/01/22. **Detention Hearing HELD.** Witness, David Ceron (**Special Agent**) sworn and testified. Witnesses: Mayelin Delgado (sister), Jorge Valdez Espinosa (friend), Maria Vencomo (friend) sworn and testified. The Court denied the Government for PTD. The Court set (3) bonds: $1 Million PSB, $100K CSB, and $300K 10% with Nebbia. The Court GRANTED the Government request to Stay the case. Government needs to file the Appeal by 6/23/2022 before 11:59pm.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:        Time:        Judge:              Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **11:19:59**                                Time in Court: **1hr. 20 mins.**